**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-2022**

———————

WILLIAM MAY,

        Plaintiff – Appellant,

    v.

AARSAND MANAGEMENT, LLC,

        Defendant – Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (1:06-cv-00221-AMD)

———————

Submitted: July 23, 2009          Decided: July 27, 2009

———————

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William May, Appellant Pro Se. Suzanne White Decker, Sandra McLelland, MILES & STOCKBRIDGE, PC, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William May appeals the district court's order granting the Appellee's motion for summary judgment on May's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16 (2006) and reconsideration thereof. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. May v. Aarsand Mgmt., LLC, No. 1:06-cv-00221-AMD (D. Md. July 23, 2008; Aug. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED